CLOSED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
# CRIMINAL DOCKET FOR CASE #: 2:07-cr-00645-1

| | |
|---|---|
| Case title: USA v. Thomas | Date Filed: 11/28/2007 |
| Magistrate judge case number: 2:07-mj-00690 | Date Terminated: 05/21/2008 |

Assigned to: Judge Janis Graham Jack

**Defendant (1)**

**Darrell Wayne Thomas**      represented by  **Stephen Wood Byrne**
*TERMINATED: 05/21/2008*                      Federal Public Defender's Office
                                              606 N. Carancahua St
                                              Ste 401
                                              Corpus Christi, TX 78476-0401
                                              361-888-3532
                                              Fax: 361-888-3534
                                              Email: stephen_byrne@fd.org
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*
                                              Designation: Public Defender or
                                              Community Defender Appointment

| **Pending Counts** | **Disposition** |
|---|---|
| BRINGING IN AND HARBORING ALIENS (1) | 33 months BOP, 3 years SRT, $0 fine, $100 special assessment, nighttime restriction 11 pm - 6 am AMENDED 2/23/09: 24 Mos. BOP, 3 Yrs. SRT, $100 Spec. Assessment, $0 Fine, nighttime restriction 11 pm to 6 am. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| BRINGING IN AND HARBORING ALIENS (2) | Dismissed on Govts Motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| Did knowingly or in reckless disregard of | |

the fact that aliens had come to, entered or remained in the United States in violation of law, transport, or move, or attempt to transport or move such aliens within the United States by means of transportation

**Plaintiff**

**USA**     represented by     **Julie K Hampton**
US Attorneys Office
800 N Shoreline Blvd
Rm 500
Corpus Christi, TX 78401
361-888-3111
Fax: 361-888-3200
Email: julie.hampton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Financial Litigation**
U S Attorney's Office
Southern District of Texas
P O Box 61129
Houston, TX 77208
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Marshal - CC**
1133 North Shoreline, Room 109
Corpus Christi, TX 78401
361-888-3154
Fax: 361-888-3174
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs-CC**
1133 N Shoreline Blvd
Rm 114
Corpus Christi, TX 78401
361-888-3411
Fax: 361-888-3419 fax
Email: txsptdb_corduty@txspt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - CC**
1133 North Shoreline Blvd, Room 124

Corpus Christi, TX 78401
361-888-3145
Fax: 361-888-3518
Email: TXSPdb_CorDuty@txsp.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2007 | | Arrest of Darrell Wayne Thomas, filed. (lsmith, ) [2:07-mj-00690] (Entered: 11/20/2007) |
| 11/18/2007 | | Arrest of Material Witness Angelica Rivera and Guadalupe Jose Muniz-Tavares in case as to Darrell Wayne Thomas, filed. (lsmith, ) [2:07-mj-00690] (Entered: 11/20/2007) |
| 11/19/2007 | 1 | COMPLAINT as to Darrell Wayne Thomas, filed. (lsmith, ) [2:07-mj-00690] (Entered: 11/20/2007) |
| 11/19/2007 | 2 | Affidavit for Material Witnesses Angelica Rivera and Guadalupe Jose Muniz-Tavares as to Darrell Wayne Thomas, filed.(lsmith, ) [2:07-mj-00690] (Entered: 11/20/2007) |
| 11/19/2007 | 3 | Minute Entry for proceedings held before Judge B. Janice Ellington : INITIAL APPEARANCE as to Darrell Wayne Thomas, (Deft informed of rights) held on 11/19/2007. Defendant requests appointed counsel. Financial Affidavit executed. Order of Temporary Detention Pending Hearing. Prelim and Detention Hearing set for 11/21/07 at 8:00 a.m. Status Conference set for 12/4/07 at 10:30 a.m. Appearances:Patti Hubert Booth f/AUSA.(Digital # 2:56:26 - 3:04:49)(ERO:Lisa Hardwick) Deft remanded to Custody of USMS, filed.(lsmith, ) [2:07-mj-00690] (Entered: 11/20/2007) |
| 11/19/2007 | | ***Set/Reset Hearings as to Darrell Wayne Thomas:. Preliminary Examination & Detention Hearing set for 11/21/2007 at 08:00 AM before Magistrate Judge B. Janice Ellington... Status Conference set for 12/4/2007 at 10:30 AM before Magistrate Judge B. Janice Ellington (lsmith, ) [2:07-mj-00690] (Entered: 11/20/2007) |
| 11/19/2007 | | Interpreter needed. Corpus Christi Interpreter for Angelica Rivera and Guadalupe Jose Muniz-Tavares added. (lsmith, ) [2:07-mj-00690] (Entered: 11/20/2007) |
| 11/19/2007 | 5 | Financial Affidavit CJA 23 by Darrell Wayne Thomas, filed.[2:07-mj-00690] Additional attachment(s) added on 3/10/2008 (lsmith, )(Unsealed at the direction of JGJ) (Entered: 11/20/2007) |
| 11/19/2007 | 6 | Sealed Financial Affidavit CJA 23 by Material Witness Angelica Rivera as to Darrell Wayne Thomas, filed. [2:07-mj-00690] (Entered: 11/20/2007) |
| 11/19/2007 | 7 | Sealed Financial Affidavit CJA 23 by Material Witness Guadalupe Jose Muniz-Tavares as to Darrell Wayne Thomas, filed. [2:07-mj-00690] (Entered: 11/20/2007) |
| 11/19/2007 | 8 | ORDER OF TEMPORARY DETENTION AND HEARING as to Darrell Wayne Thomas Detention Hearing/Preliminary set for 11/21/2007 at 08:00 AM before Magistrate Judge B. Janice Ellington( Signed by Judge B. Janice Ellington ) Parties notified. (amireles, ) [2:07-mj-00690] (Entered: 11/20/2007) |
| 11/19/2007 | 9 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Stephen Wood Byrne for |

| | | |
|---|---|---|
| | | Darrell Wayne Thomas ( Signed by Judge B. Janice Ellington ) Parties notified. (lsmith, ) [2:07-mj-00690] (Entered: 11/20/2007) |
| 11/20/2007 | 4 | Minute Entry for proceedings held before Judge B. Janice Ellington : INITIAL APPEARANCE OF MATERIAL WITNESS(ES) Angelica Rivera and Guadalupe Jose Muniz-Tavares as to Darrell Wayne Thomas, (Material Witness(es) informed of rights) held on 11/20/2007 Appearances:Patti Hubert Booth f/AUSA.(Digital # 2:08:48 - 2:18:25)(ERO:Lisa Hardwick) (Interpreter:Millie Macossay) Deft remanded to Custody of USMS, filed.(lsmith, ) [2:07-mj-00690] (Entered: 11/20/2007) |
| 11/20/2007 | 10 | MINUTE ENTRY: Atty Evelyn Huerta-Gonzalez appointed to mat. wits. Anjelica Rivera and Guadalupe Jose Muniz-Tovarez, as to Darrell Wayne Thomas, filed. (glerma, ) [2:07-mj-00690] (Entered: 11/21/2007) |
| 11/21/2007 | 11 | MEMORANDUM OPINION AND ORDER OF DETENTION PENDING Trial as to Darrell Wayne Thomas ( Signed by Judge B. Janice Ellington ) Parties notified. (lcayce, ) [2:07-mj-00690] (Entered: 11/21/2007) |
| 11/21/2007 | | Minute Entry for proceedings held before Judge B. Janice Ellington : PRELIMINARY EXAMINATION & DETENTION HEARING as to Darrell Wayne Thomas held on 11/21/2007. Case Called for Preliminary Examination. Agent Agustin Olivares was calaled as a witness by the government, was sworn, and provided testimony. Arguments heard. The Court found probable cause. Case Called for Detention. Arguments waived. The Court granted the government's motion for detention. Appearances:Lance Duke, Stephen Wood Byrne, US Marshal - CC, US Pretrial Svcs-CC.(Digital # 10:37:07-10:52:39)(ERO:Grace Lerma) Deft remanded to custody, filed.(lhardwick, ) [2:07-mj-00690] (Entered: 11/28/2007) |
| 11/26/2007 | 12 | CJA 20 for Material Witness : Appointment of Attorney Evelyn Huerta Gonzalez for Angelica Rivera and Guadalupe Jose Muniz-Tavares as to Darrell Wayne Thomas ( Signed by Judge B. Janice Ellington ) Parties notified. (vrios, ) [2:07-mj-00690] (Entered: 11/26/2007) |
| 11/28/2007 | 13 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Darrell Wayne Thomas (1) count(s) 1-2, filed. (Attachments: # 1 Unredacted Indictment) (srussell, ) (Entered: 11/29/2007) |
| 11/28/2007 | 14 | US Attys Criminal Docket Sheet as to Darrell Wayne Thomas, filed.(srussell, ) (Entered: 11/29/2007) |
| 11/28/2007 | 15 | NOTICE of Related Case C-07-687M by USA as to Darrell Wayne Thomas, filed. (srussell, ) (Entered: 11/29/2007) |
| 11/28/2007 | 16 | NOTICE OF SETTING as to Darrell Wayne Thomas. Arraignment set for 12/4/2007 at 10:30 AM before Magistrate Judge Brian L Owsley.... Status Conference set for 12/4/2007 at 10:30 AM before Magistrate Judge Brian L Owsley, filed. (kbledsoe, ) (Entered: 11/30/2007) |
| 12/04/2007 | | Minute Entry for proceedings held before Judge Brian L Owsley : ARRAIGNMENT as to Darrell Wayne Thomas (1) Count 1-2 held on 12/4/2007. Not Guilty on 1,2. STATUS CONFERENCE as to Darrell Wayne Thomas held on 12/4/2007. Atty Byrne's request recess to allow parties to review additions made to witness statements. RECALL. Stipulations entered and accepted by the court. Motion to release material witnesses-granted by the court. Appearances:Elsa Salinas-Patterson. Evelyn Huerta Gonzalez. Stephen Wood Byrne.(Digital # 10:49:17-10:53:44/11:23:57-11:28:24) |

| | | |
|---|---|---|
| | | (ERO:kbledsoe) Deft remanded to custody, filed.(kbledsoe, ) (Entered: 12/04/2007) |
| 12/04/2007 | 17 | SCHEDULING ORDER as to Darrell Wayne Thomas. Pretrial Conference set for 1/3/2008 at 08:30 AM before Judge Janis Graham Jack Jury Selection set for 1/4/2008 at 08:00AM before Judge Janis Graham Jack Jury Trial set for 1/4/2008 at 08:00 AM before Judge Janis Graham Jack Plea Agreement due by 1/3/2008.( Signed by Judge Brian L Owsley ) Parties notified. (kwallace, ) (Entered: 12/05/2007) |
| 12/04/2007 | 18 | Stipulation by Darrell Wayne Thomas, filed. (Attachments: # 1 Unredacted Stipulation)(kwallace, ) (Entered: 12/05/2007) |
| 12/04/2007 | 19 | MOTION to Release Material Witnesses by USA as to Darrell Wayne Thomas, filed. (kwallace, ) (Entered: 12/05/2007) |
| 12/04/2007 | 20 | ORDER granting 19 Motion to to Release Material Witnesses as to Darrell Wayne Thomas (1).(Signed by Judge Brian L Owsley.) Parties notified.(kwallace, ) (Entered: 12/05/2007) |
| 01/03/2008 | 21 | Minute Entry for proceedings held before Judge Janis Graham Jack : RE-ARRAIGNMENT held on 1/3/2008. Darrell Wayne Thomas (1) Guilty Count 1. (Attachments: # 1 Court's Exhibit) Appearances: Stephen Wood Byrne, Julie K Hampton.(Digital # 9:00-9:01/9:02-10:11)(ERO:v gano) Deft remanded to custody, filed.(sscotch, ) (Entered: 01/03/2008) |
| 01/03/2008 | 22 | MEMORANDUM OF PLEA AGREEMENT as to Darrell Wayne Thomas, filed. (vrios, ) (Entered: 01/03/2008) |
| 01/03/2008 | 23 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Darrell Wayne Thomas. PSI Completion due by 2/7/2008 Objection to PSI due by 2/22/2008 Final PSI due by 3/3/2008 Sentencing set for 3/13/2008 at 02:00 PM before Judge Janis Graham Jack( Signed by Judge Janis Graham Jack ) Parties notified. (vrios, ) (Entered: 01/03/2008) |
| 02/22/2008 | 24 | Sealed Event, filed. (Entered: 02/25/2008) |
| 03/03/2008 | 25 | Final Presentence Investigation Report (Sealed) as to Darrell Wayne Thomas, filed. (rmonroy, ) (Entered: 03/03/2008) |
| 03/03/2008 | 26 | Confidential Sentencing Recommendation(Sealed) regarding Darrell Wayne Thomas, filed. (rmonroy, ) (Entered: 03/03/2008) |
| 03/03/2008 | 27 | Sealed Addendum to 25 Final Presentence Investigation Report (Sealed) as to Darrell Wayne Thomas, filed. (rmonroy, ) (Entered: 03/03/2008) |
| 03/13/2008 | | Minute Entry for proceedings held before Judge Janis Graham Jack : MINUTE ENTRY re: Call for Sentencing as to Darrell Wayne Thomas not held on 3/13/2008 Darrell Wayne Thomas.... Sentencing set for 5/16/2008 at 09:30 AM before Judge Janis Graham Jack Appearances: Stephen Wood Byrne, Julie K Hampton.(Digital # 9:15-9:17)(ERO:Velma Gano) (Interpreter:not needed) Deft remanded to custody, filed.(lrivera, ) (Entered: 03/13/2008) |
| 03/15/2008 | 28 | NOTICE OF SETTING as to Darrell Wayne Thomas..... Sentencing set for 5/16/2008 at 09:30 AM before Judge Janis Graham Jack, filed. (sscotch, ) (Entered: 03/15/2008) |
| 04/30/2008 | 29 | NOTICE OF RESETTING as to Darrell Wayne Thomas. Sentencing set for 5/15/2008 at 09:30 AM before Judge Janis Graham Jack, filed. (sscotch, ) (Entered: 04/30/2008) |
| 05/13/2008 | 30 | Sentencing Memorandum (Sealed) by Darrell Wayne Thomas, filed. (Entered: |

| | | |
|---|---|---|
| | | 05/13/2008) |
| 05/15/2008 | 31 | Minute Entry for proceedings held before Judge Janis Graham Jack: Sentencing held on 5/15/2008 for Darrell Wayne Thomas (1), Count(s) 1, 33 months BOP, 3 years SRT, $0 fine, $100 special assessment, nighttime restriction 11 pm - 6 am; Count(s) 2, Dismissed on Govts Motion Appearances: Stephen Wood Byrne, Julie K Hampton. (Digital # 9:25-9:40)(ERO:v gano) Deft remanded to custody, filed.(sscotch, ) (Entered: 05/15/2008) |
| 05/21/2008 | 32 | JUDGMENT as to Darrell Wayne Thomas (Signed by Judge Janis Graham Jack) Parties notified. (amireles, ) (Entered: 05/22/2008) |
| 05/21/2008 | 33 | Statement of Reasons (Sealed) as to Darrell Wayne Thomas, filed. (Entered: 05/22/2008) |
| 02/18/2009 | 34 | Sealed Event, filed. (With attachments) (Entered: 02/18/2009) |
| 02/19/2009 | 35 | Sealed Order, filed. (Entered: 02/19/2009) |
| 02/23/2009 | 36 | AMENDED JUDGMENT as to Darrell Wayne Thomas (1) Count 1.(Signed by Judge Janis Graham Jack) Parties notified. (glerma, ) (Entered: 02/23/2009) |
| 02/23/2009 | 37 | AMENDED Statement of Reasons (Sealed) as to Darrell Wayne Thomas, filed. (Entered: 02/23/2009) |
| 01/29/2010 | 38 | LETTER MOTION by Darrell Wayne Thomas, filed. (dperez, ) (Entered: 02/04/2010) |
| 02/04/2010 | 39 | ORDER denying 38 LETTER MOTION as to Darrell Wayne Thomas (1).(Signed by Judge Janis Graham Jack.) Parties notified.(srussell, ) (Entered: 02/04/2010) |
| 12/15/2010 | 40 | ORIGINAL Transfer of Jurisdiction (Prob 22) signed by Judge Janis Graham Jac as to Darrell Wayne Thomas for transfer to the MD/LA sent to USPO - CC Division for accepting Judge's signature, filed.(lsmith, ) (Entered: 12/16/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/22/2010 15:38:46 | | | |
| **PACER Login:** | us4893 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cr-00645 |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |