UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV 28 2007

MICHAEL N. MILBY, CLERK

| UNITED STATES OF AMERICA | § | C-07-645 |
|---|---|---|
| v. | § § | CRIMINAL NUMBER |
| DARRELL WAYNE THOMAS | § § § | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about November 18, 2007, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

**DARRELL WAYNE THOMAS,**

did knowingly and in reckless disregard of the fact that Angelica Rivera was an alien who had come to, entered, and remained in the United States in violation of law, transport and move such alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).

### COUNT TWO

On or about November 18, 2007, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

**DARRELL WAYNE THOMAS,**

did knowingly and in reckless disregard of the fact that Guadalupe Jose Muniz-Tavares was an alien who had come to, entered, and remained in the United States in violation of law, transport and move

such alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).

A TRUE BILL:

███████████████
FOREPERSON OF THE GRAND JURY

DONALD J. DeGABRIELLE, JR.
UNITED STATES ATTORNEY

By: _____
JULIE K. HAMPTON
Assistant United States Attorney