UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

-vs-                                                                  Criminal Action No. 10-166-BAJ-SCR

DARRELL WAYNE THOMAS

## ORDER OF DETENTION PENDING FINAL REVOCATION HEARING

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3143(a), the defendant is detained. The following facts and circumstances require the defendant to be detained pending a final revocation hearing.

Based on the defendant's stipulation, the court found probable cause to believe the defendant violated the conditions of his supervised release. In addition, the defendant presented no evidence. For oral reasons given, the Court found that the defendant did not meet his burden of showing by clear and convincing evidence that he is not a flight risk and danger to the community; therefore, the Court ordered the defendant detained pending the final revocation hearing.

### DIRECTIONS REGARDING DETENTION

**Darrell Wayne Thomas** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. **Darrell Wayne Thomas** shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Signed in Baton Rouge, Louisiana, on May 30, 2013.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE